IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SHAMROCK BANK OF FLORIDA, as assignee
of MERIDIAN BANK,**

    **Plaintiff-Counterclaim Defendant,**

v.                                    13-cv-00092-DRH-PMF

**FIRST AMERICAN TITLE INS. CO.,**

    **Defendant-Counterclaim Plaintiff.**

## AGREED ORDER

THE COURT, having been apprised of the below agreement between the Parties, Orders as follows:

1.    The Court grants First American Title Ins. Co.'s ("First American") Motion to Strike Shamrock Bank of Florida's ("Shamrock") request for attorney's fees in Counts I and II (Doc. 10).

2.    The Court grants defendant's motion to dismiss (Doc. 4) and dismisses Count II of Shamrock's Complaint without prejudice.

3.    The Court grants Shamrock's Motion for Leave to File First Amended Complaint (Doc. 17).

4. The Court DIRECTS plaintiff to file its First Amended Complaint instanter.

**IT IS SO ORDERD.**

**February 22, 2013**

Digitally signed by David R. Herndon
Date: 2013.02.22 10:56:52 -06'00'

**Chief Judge
United States District Court**