IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHAMROCK BANK OF FLORIDA,
*as assignee of* MERIDIAN BANK,

Plaintiff-Counterclaim Defendant,

v.

FIRST AMERICAN TITLE INS. CO.,

Defendant-Counterclaim Plaintiff.                 Case No. 13-cv-92-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court pursuant to the Order granting plaintiff Shamrock Bank of Florida's motion for summary judgment on Count I of its First Amended Complaint and denying defendant First American Title Insurance Company's motion for summary judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff Shamrock Bank of Florida and against defendant First American Title Insurance Company, in the amount of $1,430,000.00. Judgment is also entered in favor of plaintiff Shamrock Bank of Florida and against defendant First American Title Insurance Company on defendant First American Title Insurance Company's Counterclaim for Declaratory Judgment. The Clerk with close the file.

**IT IS SO ORDERED.**

Signed this 28th day of March, 2014.

Digitally signed by David R. Herndon
Date: 2014.03.28 12:53:28 -05'00'

**Chief Judge**
**United States District Court**