IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SHAMROCK BANK OF FLORIDA, as assignee of MERIDIAN BANK,**

    **Plaintiff-Counterclaim Defendant,**

**v.**                                        **Case No. 13-cv-92-DRH-PMF**

**FIRST AMERICAN TITLE INS. CO.,**

    **Defendant-Counterclaim Plaintiff.**

## ORDER

**HERNDON, Chief Judge:**

Cause before the court on Plaintiff, Shamrock Bank of Florida's, as assignee of Meridian Bank and Defendant, First American Title Ins. Co.'s, Stipulated Motion to Vacate this Court's March 28, 2014 Memorandum & Order (Doc. 47) and Judgment (Doc. 48) and to dismiss with prejudice Shamrock Bank of Florida's First Amended Complaint (Doc. 20) and First American Title Ins. Co.'s Counterclaim for Declaratory Judgment (Doc. 12). The parties' stipulated motion is granted and the March 28, 2014 Memorandum & Order and Judgment are vacated.

It is further ordered that Shamrock Bank of Florida's First Amended Complaint (Doc. 20) and First American Title Ins. Co.'s Counterclaim for Declaratory Judgment (Doc. 12) are dismissed with prejudice. Each party to bear its own costs.

First American Title Ins. Co.'s motion for reconsideration (Doc. 50), is denied as moot.

**IT IS SO ORDERED.**

Signed this 20th day of May, 2014.

Digitally signed by David R. Herndon
Date: 2014.05.20 09:34:27 -05'00'

**Chief Judge
U.S. District Court**