## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

**SHAMROCK BANK OF FLORIDA**,

    **Plaintiff,**

**v.**

**FIRST AMERICAN TITLE INS. CO.,**

    **Defendants.**                        **No. 13-cv-92-DRH**

### JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This matter is before the Court on the Motion to Vacate Judgment and Dismiss Complaint and Counterclaim.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on May 20, 2014 (Doc. 55) granting the Motion, this case is **DISMISSED.** Shamrock Bank of Florida's First Amended Complaint (Doc. 20) and First American Title Ins. Co.'s Counterclaim for Declaratory Judgment (Doc. 12) are dismissed with prejudice. Each party to bear its own costs.

                                  **JUSTINE FLANAGAN,**
                                  **ACTING CLERK OF COURT**

                            **BY:**    **/s/*Caitlin Fischer***
                                **Deputy Clerk**

Dated:  May 21, 2014

Digitally signed by
David R. Herndon
Date: 2014.05.21
10:53:20 -05'00'

APPROVED:
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**